**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Anthony ARCURIA, III, a.k.a. Anthony Acuria, Defendant–Appellant.**

**No. 10–50621.**

United States Court of Appeals,
Ninth Circuit.

Submitted July 12, 2011.*

Filed July 15, 2011.

Michael J. Raphael, Esquire, Assistant U.S., Justin Randall Rhoades, Esquire, As-

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

sistant U.S., Office of the U.S. Attorney, Los Angeles, CA, Joshua Robbins, Assistant U.S., AUSA–Office of U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Anthony Phillip Brooklier, Esquire, Marks & Brooklier, Los Angeles, CA, for Defendant–Appellant.

Before: SCHROEDER, ALARCÓN, and LEAVY, Circuit Judges.

MEMORANDUM **

Anthony Arcuria, III, appeals from the 180–day sentence imposed following his guilty plea conviction for conspiracy to manufacture and to possess with intent to distribute marijuana, in violation of 21 U.S.C. § 846. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Arcuria contends that the government breached the plea agreement by arguing for a role enhancement that persuaded the court to impose a higher sentence. This contention lacks merit. The record reflects that the government fulfilled its obligation under the plea agreement not to recommend a leadership role enhancement. See United States v. Maldonado, 215 F.3d 1046, 1052 (9th Cir.2000).

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).